# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

145352 & (16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCEL RIDDLE-BEY,
      Defendant-Appellant.

SC: 145352
COA: 307834
Wayne CC: 97-006731

_____/

On order of the Court, the application for leave to appeal the June 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

t1113